IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-117-FL

UNITED STATES OF AMERICA,              )
                                       )
                 Plaintiff,            )
                                       )
          v.                           )
                                       )
BARNETT PERSONAL PROPERTY,             )
SPECIFICALLY, A 2008 DODGE MAGNUM,     )
VIN: 2D4FV47T58H177687;                )
AND ANY AND ALL PROCEEDS FROM THE      )
SALE OF SAID PROPERTY,                 )
                                       )
                 Defendant.            )

---

**DEFAULT**

---

Upon motion and proper showing by the attorney for the

plaintiff, the United States of America, default is hereby

entered against the defendant for having failed to appear, plead,

or otherwise defend as provided by Rule 55 of the Federal Rules

of Civil Procedure.

This the 28th day of August, 2012.

                              JULIE A. RICHARDS
                              Clerk

                         BY: _Julie a. Richards_____